IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

GENTIVA HEALTH SERVICES, INC.      )
                                   )
v.                                 )      No. 3-14-1421
                                   )
J. LAIRD SMITHSON; and MONICA      )
HULLINGER                          )

O R D E R

On October 27, 2014, the parties file a stipulated dismissal without prejudice (Docket Entry No. 19).

In accord with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, no further action on the part of the Court is required. Therefore, this case is DISMISSED without prejudice and the Clerk is directed to close this case on the records of the Court.

As a result, the telephone conference call, scheduled by order entered August 18, 2014, on November 7, 2014 (Docket Entry No. 17) is CANCELLED.

There will be no further proceedings before the Magistrate Judge in this case.[1]

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

---

[1] By orders entered August 18, 2014 (Docket Entry Nos. 16 and 17), the pretrial conference and trial were scheduled on January 15, 2016, and January 26, 2016, respectively.